**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**Civil Action No.: 5:23-cv-00006-BO-KS**

| | |
|---|---|
| MICHAEL COSTELLO and MEGAN COLONEL, on behalf of themselves and all others similarly situated, <br><br>     *Plaintiffs,* <br><br>          v. <br><br> Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC. <br><br>     *Defendants.* | **Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)** |

NOW COMES Plaintiff Michael Costello and shows to the court:

1.      No answers to the complaint have been filed; and

2.      No summary judgment motion by opposing council has been filed.

Therefore, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michael Costello and his counsel hereby give notice that his claims only in the above-captioned action are voluntarily dismissed, without prejudice against all Defendants.

This 17th day of January, 2023.

*/s/ Blake G. Abbott*
Blake G. Abbott (N.C. State Bar No. 57190)
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Telephone: (843) 614-8888
Email: blake@akimlawfirm.com
pauld@akimlawfirm.com

*Attorneys for Plaintiffs and Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, January 17, 2023, copies of the foregoing **Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)** were served by First Class U.S. Mail to the following:

Tesla, Inc.
c/o Registered Agent
CT Corporation System
160 Mine Lake Ct., Ste. 200
Raleigh, NC 27615

Tesla Lease Trust
c/o Registered Agent
U.S. Bank Trust National Association
1011 Centre Road, Ste. 203
Wilmington, DE 19805

Tesla Finance, LLC
c/o Registered Agent
CT Corporation System
1209 Orange Street
Wilmington, DE 19801

*/s/ Blake G. Abbott*
Blake G. Abbott (N.C. State Bar No. 57190)