IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MEGAN COLONEL, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) ) TESLA, INC.; TESLA LEASE TRUST; ) TESLA FINANCE LLC. ) ) Defendants. ) | Civil Action No. 5:23-cv-00006 |

## ORDER

For good cause shown, Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC's Unopposed Motion to Stay Deadline to Respond to Complaint and Set Briefing Schedule for Motion to Compel Arbitration is GRANTED. IT IS HEREBY ORDERED that (1) the deadlines for Defendants to respond to the Complaint are STAYED pending resolution of the forthcoming motion to compel arbitration and that Defendants shall not be required to respond to the Complaint until 30 days after the resolution of that motion (if the case remains in this Court) and (2) that Defendants' motion to compel arbitration is due by March 28, 2023; Plaintiff's response is due by April 18, 2023; and Defendants' reply is due by May 2, 2023.

3-7-23
DATE

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE