**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

|  |  |
|---|---|
| MEGAN COLONEL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>TESLA, INC.; TESLA LEASE TRUST; TESLA FINANCE LLC,<br><br>*Defendant*. | Case No.: 5:23-cv-00006-BO-KS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Megan Colonel, by and through her undersigned counsel, and Defendants Tesla, Inc, Tesla Lease Trust and Tesla Finance LLC by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Dated: October 24, 2023

By: */s/Blake G. Abbott*
Blake G. Abbott
Paul Doolittle
**POULIN, WILLEY, ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
843-614-8888
blake@akimlawfirm.com
pauld@akimlawfirm.com

*Attorney for Plaintiff*

*/s/Susan M. Clare*
Susan M. Clare
KING & SPALDING LLP
1180 Peachtree St. NE
Atlanta, GA 30309
Phone: (404) 572-3556
sclare@kslaw.com

*Attorney for Tesla, Inc. and Tesla Lease Trust*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2023 a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties. Parties may access this filing through the Court's system.

*/s/ Blake G. Abbott*
Blake G. Abbott

2